UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTINE GENOVESE and | : | |
| MARCO GENOVESE | : | |
| | : | |
| VS. | : | NO. 3:19cv950(OAW) |
| | : | |
| DETECTIVE SCHREINER | : | |
| and OFFICER MIAO | : | MARCH 20, 2024 |

## STIPULATION TO DISMISS

The parties stipulate that this action may be dismissed with prejudice and without costs.

                    THE PLAINTIFFS

                    BY:_____/s/_____
                          JOHN R. WILLIAMS (ct00215)
                          51 Elm Street
                          New Haven, CT 06510
                          203.562.9931
                          Fax:  203.776.9494
                          jrw@johnrwilliams.com

THE DEFENDANTS

BY: _____/s/_____
      Beatrice S. Jordan (ct22001)
      Maccini Voccio & Jordan, LLC
      101 Centerpoint Drive
      Suite 232
      Middletown, CT 06457
      860-740-2535
      Email:  bjordan@mvjlawfirm.com